# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132857

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SANJOHNA EVAN BRISCOE,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132857
COA: 265107
Kent CC: 04-008733-FC

On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

t0319